Elton Clark et al., as Trustees under the Name of Boston Mexican Petroleum Trustees, Respondents, *v.* John H. Kirby, Individually and as Trustee, et al., Appellants, Impleaded with Others.

(Argued March 31, 1931; decided May 12, 1931.)

*Ernest G. Budington* for appellants.

*Edward F. McClennen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.